

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00102-CV

IN RE RUSTI POULTON

Original Mandamus Proceeding

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

# MEMORANDUM OPINION

On November 27, 2019, Rusti Poulton (Relator) filed this original proceeding in which she complains of the trial court's order granting defendant's motion for leave to add a third-party defendant. We deny the petition.

After reviewing the record, we conclude that Relator failed to comply with Rule 52.7(a)(1) of the Texas Rules of Appellate Procedure, which states that a relator must file with her petition "*a certified or sworn* copy of every document that is material to the realtor's claim for relief and that was filed in any underlying proceeding[.]" TEX. R. APP. P 52.7(a)(1) (emphasis added). Although Relator provided various copies of documents from the underlying proceeding, those copies are not sworn to or certified. Accordingly, the mandamus petition fails to provide a complete record as required by Rule 52.7(a)(1) and is, therefore, insufficient to establish that the trial court abused its discretion. *See In re Le*, 335 S.W.3d 808, 813 (Tex. App.—Houston [14th Dist.] 2011, orig. proceeding) ("Those seeking the extraordinary remedy of mandamus must follow the applicable procedural rules. Chief among these is the critical obligation to provide the reviewing court with a complete and adequate record." (footnote omitted)).

For this reason, we deny Relator's petition for writ of mandamus.


Scott E. Stevens
Justice

Date Submitted:     January 15, 2020
Date Decided:       January 16, 2020